IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Arbor Systems LLC,** | Case No. 2:25-cv-00737-JRG-RSP |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Murata Electronics North America, Inc.,** | |
| Defendant. | |

**ORDER ACCEPTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Before the Court is Plaintiff Arbor Systems LLC's Notice of Voluntary Dismissal with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). (Dkt. No. 20). As of the time of filing the Notice, Defendant Murata Electronics North America, Inc. has not answered the First Amended Complaint or moved for summary judgment. The Court ACCEPTS AND ACKNOWLEDGES that the First Amended Complaint in this case is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is directed to CLOSE the above-captioned case..